UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MELISSA WALTKE,

                         Plaintiff,                        21 **CIVIL** 2822 (AEK)

-v-                                **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated August 26, 2021, that the decision of the Commissioner of Social Security be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
            August 26, 2021

                                                          **RUBY J. KRAJICK**

                                                              Clerk of Court
                                    BY:
                                                                **Deputy Clerk**